UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO. 7:24-CR-624** |
| | § | |
| **SAMUEL HUMBERTO JUAREZ** | § | |

**PRELIMINARY ORDER OF FORFEITURE**

Pursuant to Rule 32.2 (b) of the Federal Code of Criminal Procedure this Court now enters a Preliminary Order of Forfeiture and makes the following findings:

1. A Criminal Indictment was returned by a Federal Grand Jury in the Southern District of Texas, McAllen Division on May 1, 2024, charging Defendant, Samuel Humberto Juarez, with bulk cash smuggling, in violation of Title 31, U.S.C. §§ 5332(a) and 5332 (b)(1) and Title 18 U.S.C. § 2. The Criminal Superseding Indictment included a Notice of Forfeiture pursuant to Title 31, U.S.C. § 5317(c)(1)(A), in which the United States sought forfeiture of $85,000.00.

2. Defendant, Samuel Humberto Juarez ("Defendant"), pleaded guilty to Count One of the Indictment on June 5, 2024, before District Court Judge Drew Tipton. This Court, having considered the Defendant's plea and the factual basis submitted by the Government, has found the Defendant guilty of bulk cash smuggling.

3. The factual basis submitted by the Government's attorney during the plea further establishes the requisite nexus between the $85,000.00 ("Defendant Currency") and the offense of conviction, to which the Defendant has agreed to the forfeiture of.

4. As a result of the foregoing, the Court finds that the $85,000.00 is forfeited to the United States and that the United States has a forfeiture of the Defendant Currency against

defendant Samuel Humberto Juarez. Said forfeiture shall be included in the Defendant's sentence and judgment.

5. Pursuant to 21 U.S.C. § 853(n), the United States shall: (a) directly notify all persons or entities known to own or claim an interest in the forfeited property; and (b) publish in a Government internet site (www.forfeiture.gov) notice of the entry of this Order, the intent of the United States to dispose of the forfeited property, and advise any claimants to file a petition with the Court and the Assistant United States Attorney assigned to this matter within thirty (30) days of the final publication of this notice or if actual notice was received, then within thirty (30) days of receipt, requesting the court for a hearing to adjudicate the validity of his/her alleged interest in the property. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title, or interest in the property, any additional facts supporting the petitioner's claim, and the relief sought. The petition should be filed with the United States District Clerk, Southern District of Texas, McAllen Division, United States Courthouse, 1701 W. Business Hwy. 83, McAllen, Texas, 78501.  A copy of the petition shall be sent to Ted Parran, Assistant United States Attorney, 1701 W. Business Hwy. 83, McAllen, Texas, 78501.

6. Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and Defendant's Plea Agreement, this order is final as to the Defendant, and is made part of his sentence and included in the judgment.

SIGNED this  28th  day of      June       2024.

_____
DREW TIPTON
U.S. DISTRICT COURT JUDGE